IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JEFF ANDERSON, Resident of Illinois,<br><br>and<br><br>DEREK PORTER and SARAH PORTER, Husband and Wife, Residents of South Dakota,<br><br>      Plaintiffs,<br><br>vs.<br><br>TRIPLE T SPECIALTY MEATS INC., an Iowa corporation, and FAREWAY STORES, INC., an Iowa corporation,<br><br>      Defendants. | Consolidated Case No. 4:18-cv-50<br><br>**RULE 41 STIPULATION** |

COMES NOW the parties, by and through the undersigned and pursuant to 41(a)(1) and 41(c)(2), and state that all claims have been resolved. Plaintiff's agree to dismiss all claims against Fareway Stores, Inc. and Triple T Specialty Meats, Inc., with prejudice. Fareway Stores, Inc. agrees to dismiss all cross-claims against Triple T Specialty Meats, Inc, with prejudice. No party objects to these voluntary dismissals. The parties agree to pay their own costs.

DATED:     1/14/19

Respectfully submitted,

**WANDRO & ASSOCIATES, P.C.**

\s\ *Steven Wandro*
Steven Wandro    AT0008177
Ben Arato    AT0010863
2501 Grand Avenue Ste. B
Des Moines, Iowa 50312
Telephone:515/281-1475
Facsimile:515/281-1474

1

swandro@2501grand.com
barato@2501grand.com

**MARLER CLARK, LLP PS**

\s\ William D. Marler
William D. Marler, WSBA #17233
*Pro hac Vice* Granted
1012 1st Avenue, 5th Floor
Seattle, Washington 98104
Telephone:206-346-1888
Facsimile: 206/346-1898
bmarler@marlerclark.com

*ATTORNEYS FOR PLAINTIFFS*

**FAEGRE BAKER DANIELS LLP**

DATED: 1/14/19

*/s/ Lance Lange*
Lance W. Lange          AT0004562
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
lance.lange@FaegreBD.com
Telephone: 515/248-9000
Facsimile: 515/248-9010

and

Sarah L. Brew (*pro hac vice* granted)
Alyssa L. Rebensdorf (*pro hac vice* granted)
Rachael D. Spiegel (*pro hac vice* granted)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
sarah.brew@FaegreBD.com
alyssa.rebensdorf@FaegreBD.com
rachael.spiegel@FaegreBD.com
Telephone: 612/766-7000
Facsimile: 612/766-1600

*ATTORNEYS FOR DEFENDANT / CROSS-CLAIM PLAINTIFF FAREWAY STORES, INC.*

                                                          **BETTY, NEUMAN & McMAHON, P.L.C.**

DATED:   1/14/19                           */s/Martha Shaff*

| | |
|---|---|
| Martha L. Shaff | AT0007215 |
| Brandon W. Lobberecht | AT0011918 |

1900 East 54th Street
Davenport, Iowa 52807-2708
mls@bettylawfirm.com
bwl@bettylawfirm.com
Telephone: 563/326-4491
Facsimile: 563/326-4498

***ATTORNEYS FOR DEFENDANT / CROSS-CLAIM DEFENDANT TRIPLE T SPECIALTY MEATS, INC.***